UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE GARZA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM BRANDS PET LLC,<br><br>Defendant. | Case No. 1:24-cv-00012-JLT-CDB<br><br>ORDER ON STIPULATION SETTING BRIEFING SCHEDULE <u>AS MODIFIED</u><br><br>(Doc. 11) |

On January 3, 2024, Plaintiff Christine Garza ("Plaintiff") initiated this action with the filing of a complaint against Defendant Spectrum Brands Pet LLC ("Defendant"). (Doc. 1). On March 11, 2024, Defendant filed a motion to dismiss. (Doc. 8).

Pending before the Court is the parties' stipulation seeking an order adopting the parties' proposed briefing schedule on Defendant's motion to dismiss. (Doc. 11). The parties seek additional time due to the complexity of the issues raised in the motion, as well as pre-scheduled motion briefing and discovery matters in other cases. *Id*. at 2. Accordingly, in light of the parties' representations, and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff's opposition to Defendant's motion to dismiss (Doc. 8) shall be filed on or before April 11, 2024;

2. Defendant's reply in support of its motion to dismiss shall be filed on or before

May 10, 2024;

3. Any hearing on Plaintiff's motion to dismiss shall be held on <u>May 21, 2024</u>, at 9:00 a.m, before the Honorable District Judge Jennifer L. Thurston., unless rescheduled or vacated pursuant to Local Rule 230(g).

IT IS SO ORDERED.

Dated: __**March 22, 2024**__                    _____
                                                                  UNITED STATES MAGISTRATE JUDGE