## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CHRISTINE GARZA,**

CASE NO: **1:24–CV–00012–JLT–CDB**

v.

**SPECTRUM BRANDS PET LLC,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/23/2024**


**Keith Holland**
Clerk of Court

ENTERED: **December 23, 2024**

by: /s/ O. Rivera
Deputy Clerk