UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTINE GARZA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>SPECTRUM BRANDS PET LLC,<br><br>    Defendant - Appellee. | No. 25-487<br><br>D.C. No. 1:24-cv-00012-JLT-CDB<br>Eastern District of California, Fresno<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 9), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Sasha M. Cummings
Circuit Mediator